UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ML HARDING,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY MENTAL HEALTH TREATMENT CENTER,<br><br>Defendant. | No. 2:16-cv-2573-MCE-EFB PS<br><br>ORDER |

Plaintiff filed this Title VII and Age Discrimination in Employment Act action against her former employer, the County of Sacramento. ECF No. 3. On April 24, 2018, plaintiff filed a letter in which she requests this action be dismissed. ECF No. 17.

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without prejudice, and without a court order, by filing:

(i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)     a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed the request for dismissal, defendant had filed an answer. ECF No. 10. Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).

/////

1

However, defendant may choose to stipulate to dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).  Should defendant decline to stipulate as such, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that no later than May 2, 2018, defendant shall file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's request for dismissal.

DATED:  April 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendant so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).